AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>Carlos Roberto Guardado-Ramirez<br><br>*Defendant(s)* | Case No.<br>25-mj-171 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 3, 2025__ in the parish of __St. John the Baptist__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of removed alien |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

/s/ Stephen E. Cole
*Complainant's signature*

Stephen E. Cole, Special Agent
*Printed name and title*

Sworn to and electronically subscribed before me, over the telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d), on this 5th day of December, 2025 in New Orleans, Louisiana

Date: December 5, 2025

*Judge's signature*

City and state: New Orleans, Louisiana

Honorable Donna Phillips Currault, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CASE NO. 25-mj-171 |
| v. | * | SECTION MAG |
| **CARLOS ROBERTO GUARDADO-RAMIREZ** | * | |
| | * | |

\* \* \*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Stephen E. Cole, being duly sworn, hereby depose and state as follows:

1. Affiant, Stephen E. Cole, a Special Agent with Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), New Orleans, Louisiana, being duly sworn, states the following:

2. I am a Special Agent with HSI and have been employed as such and with its predecessor the United States Customs Service since 1987. In connection with my official duties, I investigate criminal violations of Titles 8, 18, 19, and 31, as well as other titles of the United States Code. As a part of my official duties, I have directed and/or participated in criminal investigations involving immigration violations, smuggling of narcotics, money laundering, currency smuggling, intellectual property rights, export violations, and other violations of U.S. law.

3. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

4.      Based upon my involvement in this investigation and my review of reports and information provided to me by witnesses and other official sources, I am familiar with the facts and circumstances of this investigation. Because this affidavit is being submitted for the limited purpose of filing a criminal complaint, I have set forth only the facts which I believe are necessary to establish probable cause.

5.      Homeland Security Investigations (HSI) New Orleans received information that an individual identified as Carlos Roberto **GUARDADO-RAMIREZ**, hereafter **"GUARDAO-RAMIREZ,"** had been previously removed from the United States on May 4, 2006 and had returned to the United States. He was encountered by ICE Enforcement and Removal Officers in LaPlace, Louisiana on December 3, 2025, in the Eastern District of Louisiana.

6.      A query of HSI databases confirmed that **GUARDADO-RAMIREZ** is an alien assigned Alien Registration Number 099676968 and is a citizen of Honduras who was previously deported from the United States on May 4, 2006 and again in 2012 and 2022. HSI Special Agent Cole reviewed the photographs of **GUARDADO-RAMIREZ** in the HSI database and confirmed that he is the same individual who has now re-entered the United States after removal.

7.      There is no record of **GUARDADO-RAMIREZ** in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of Homeland Security or the Attorney General to return to the United States after his removals.

8.      On December 3, 2025, **GUARDADO-RAMIREZ** was arrested by ICE Enforcement and Removal Officers in LaPlace, Louisiana for re-entering the United States after removal. Special Agent Cole reviewed the booking photo and booking reports from this encounter with Enforcement and Removal Officers and compared them with biographical

information from previous immigration encounters. Special Agent Cole confirmed that the individual was **GUARDADO-RAMIREZ**.

## CONCLUSION

9.  Based on the foregoing, your Affiant believes that probable cause exists that GUARDADO-Ramirez recently entered the United States, and was arrested by federal agents in the Eastern District of Louisiana, at a time and place unknown without the Secretary of Homeland Security or the Attorney General having expressly consented to his reapplication for admission, after having been ordered deported and removed on May 4, 2006 from the United States, all in violation of 8 U.S.C 1326, Illegal Reentry of Removed Alien.

Respectfully submitted,

*/s/ Stephen E. Cole*
Stephen E. Cole
Special Agent
Homeland Security Investigations

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Sworn to and electronically subscribed before me, over the telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d), on this 5th day of December, 2025 in New Orleans, Louisiana

_____
HONORABLE DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE